UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE**<br><br>**MARION A. BELL**<br><br>**Debtor(s).** | Case Number: 11-10417-TPA<br><br>Chapter: 13<br><br>Document No. |
| **CAPITAL ONE, N.A.,**<br><br>       **Movant,**<br><br>**vs.**<br><br>**MARION A. BELL  and RONDA J. WINNECOUR, ESQ., CHAPTER 13 TRUSTEE,**<br><br>       **Respondents.** | Hearing Date & Time: 07/18/2012 at 10:30 am<br><br>Response Due by: 06/24/2012 |

### NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION OF CAPITAL ONE, N.A. FOR RELIEF FROM THE AUTOMATIC STAY

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **06/24/2012**, i.e. seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedure of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.  If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.  Please refer to the Judge's calendar posted on the web site at www.pawb.uscourts.gov to verify if a default order was signed or if a hearing will go forward as scheduled.

You should take this to your lawyer at once.

A hearing will be held on **07/18/2012**, at 10:30, AM before Judge Thomas P. Agresti in The Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, Pennsylvania.  Only a limited time of 10 minutes is being provided on the calendar.  No witnesses will be heard.  If there is an

issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of Service: 06/07/2012

        MAURICE & NEEDLEMAN, P.C.
        Attorneys for Movant
        CAPITAL ONE, N.A.

        **/s/ Thomas R. Dominczyk**
        Thomas R. Dominczyk, Esquire
        Attorney I.D. No. 85248
        Maurice & Needleman, P.C.
        5 Walter E. Foran Blvd., Suite 2007
        Flemington, NJ 08822
        (908) 237-4550