FILED
2012 JUN 28 A 11:50
CLERK
U.S. BANKRUPTCY
COURT - ERIE

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE<br><br>MARION A. BELL<br><br>Debtor(s). | Case Number: 11-10417-TPA<br><br>Chapter: 13<br><br>Document No. 44 |
| CAPITAL ONE, N.A.,<br><br>Movant,<br><br>vs.<br><br>MARION A. BELL and RONDA J. WINNECOUR, ESQ., CHAPTER 13 TRUSTEE,<br><br>Respondents. | Hearing Date & Time: 07/18/2012 at 10:30 am<br><br>Response Due by: 06/24/2012 |

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

Upon the motion of Thomas R. Dominczyk, Esquire of the firm of MAURICE & NEEDLEMAN, P.C., on behalf of the secured creditor, CAPITAL ONE, N.A. under Bankruptcy Code section 362(d) for relief from the automatic stay, and for cause shown,

It is on this __28th__ day of __June__, 2012;

**1.    ORDERED** that the automatic stay of Bankruptcy Code section 362 (d) is vacated to permit the movant to pursue the movant's rights in the 2008 Kawasaki, VIN: JKAVFED168B522419 to the extent and in the manner provided by any applicable contract documents and nonbankruptcy law.

**2.    ORDERED** that the movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

_____
Hon. Thomas P. Agresti, U.S.B.J.

Jim